

U.S. Department of Justice

*United States Attorney for the*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

August 18, 2025

**By ECF**
Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: *J.I.T. v. Francis, et al.*, No. 25 Civ. 6749 (MMG)

Dear Judge Garnett:

      This Office represents Respondents in the above-referenced habeas corpus action relating to Petitioner's detention by U.S. Immigration and Customs Enforcement. Pursuant to Your Honor's "Individual Rules and Practices Regarding Matters in which the United States Attorney for the Southern District of New York Represents a Party," I write to inform the Court that this action does not fall within the applicable recusal parameters set forth therein.

      In addition, the parties have conferred and jointly propose the following schedule for briefing on the habeas petition:

- September 3, 2025: Deadline for Respondents' response to petition; and
- September 17, 2025: Deadline for Petitioner's reply.

Thank you for your attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ David Farber*
DAVID E. FARBER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel.: (212) 637-2772
E-mail: david.farber@usdoj.gov

---

GRANTED. The deadline for Respondents' response to the Petition (Dkt. No. 1) is **September 3, 2025**. The deadline for Petitioner's reply is **September 17, 2025**. Pending consideration of the Petition, Respondents are RESTRAINED from transfering Petitioner out of the Southern District of New York without prior consent of the Court.

SO ORDERED. Dated August 19, 2025.

*/s/ Margaret M. Garnett*
HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

cc: Petitioner's counsel (via ECF)