**THE LEGAL AID SOCIETY**

Immigration Law Unit
49 Thomas St. 5th Floor
New York, NY 10013
www.legal-aid.org

Perry McAninch
Tel. (929) 219-6697
pmcaninch@legal-aid.org

Twyla Carter
Attorney-in-Chief
Chief Executive Officer

Adriene L. Holder
Attorney-in-Charge
Civil Practice

Deborah Lee
Attorney-in-Charge
Immigration Law Unit

August 26, 2025

**BY ECF**
Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   <u>J.I.T. v. Francis, et al.</u>, No. 25 Civ. 6749 (MMG)

Dear Judge Garnett:

The parties in the above-captioned habeas corpus action write jointly to address an error in the docket. Specifically, the parties write to request that the Court modify the existing ECF docket in order to mark Petitioner's re-submitted petition for writ of habeas corpus as the original pleading document in this case.

In filing the above-captioned petition for a writ of habeas corpus on August 15, 2025, *see* ECF No. 1, Petitioner inadvertently failed to attach relevant exhibits to that pleading. Accordingly, Petitioner re-filed the petition on the same date, with the correct exhibits attached. *See* ECF No. 3.

As Petitioner's re-filed pleading does not differ from the original pleading in any other respect, the parties request that the pleading marked at ECF No. 3 be entered as the main pleading document in this case.

We thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ *David Farber*
　　DAVID E. FARBER
　　Assistant United States Attorney
　　86 Chambers Street, Third Floor
　　New York, NY 10007
　　Tel.: (212) 637-2772
　　E-mail: david.farber@usdoj.gov

*Counsel for Respondent*

/s/ *Perry McAninch*
Perry McAninch
Sayoni Maitra
THE LEGAL AID SOCIETY
49 Thomas Street, 5th Floor
New York, NY 10013
Tel: (929) 219-6697
Email: pmcaninch@legal-aid.org

*Counsel for Petitioner*

The Honorable Margaret M. Garnett
August 21, 2025
Page 2

cc:     Assistant U.S. Attorney David Farber (by ECF)
        *Counsel for Respondent*

> GRANTED. The Court will deem and consider the documents filed at Dkt. No. 3 as the operative pleading in this case.
>
> SO ORDERED. Dated August 27, 2025.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE