**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
J.I.T.,

                              Petitioner,                    25 **CIVIL** 6749 (MMG)

        -against-                                            **JUDGMENT**

LADEON FRANCIS, et al.,

                              Respondents.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated November 26, 2025, the Petition for a Writ of Habeas Corpus is GRANTED. The Government shall release Petitioner from custody immediately unless it provides him with a constitutionally adequate individualized hearing within 14 days of this Opinion. At the hearing, the Government will bear the burden of establishing by clear and convincing evidence that Petitioner's continued detention is justified on account of danger to the community or risk of flight, and the adjudicator shall meaningfully consider Petitioner's ability to pay and any reasonable alternatives to detention prior to making a final ruling on continued detention, conditions of release, or the amount of any bond. Should Petitioner seek to submit an Equal Access to Justice Act application for fees, it shall submit that application within 14 days of this Opinion.

**DATED:**  New York, New York
          December 1, 2025

                                                    **TAMMI M. HELLWIG**
                                            _____
                                                    **Clerk of Court**

                              BY: _____
                                                **Deputy Clerk**